UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ATLAS BULK SHIPPING AS,

            Plaintiff,

  - against -

CEMENTOS CASTILLA LA MANCHA, S.A.

            Defendant.
-------------------------------------------------------------X

08 CV_____



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

        NONE.

Dated: August 12, 2008
       New York, NY

                      The Plaintiff,
                      ATLAST BULK SHIPPING AS

                By: _____
                      Patrick F. Lennon
                      Coleen A. McEvoy
                      LENNON, MURPHY & LENNON, LLC
                      The Gray Bar Building
                      420 Lexington Ave., Suite 300
                      New York, NY 10170
                      (212) 490-6050
                      (212) 490-6070 fax
                      pfl@lenmur.com
                      cam@lenmur.com